1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15 | UNITED STATES OF AMERICA,    ) 2:24 mJ 2593
16 |         Plaintiff,            )
17 |     v.                        ) ORDER OF DETENTION AFTER
                                   ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
                                   ) Allegations of Violations of Probation
18 | ANDY PHAM                     ) Supervised Release)
                                   ) Conditions of Release)
19 |                               )
         Defendant.                )
20

21  On arrest warrant issued by a United States District Court involving alleged
22  violations of conditions of probation or Supervised Release,
23      The court finds no condition or combination of conditions that will
    reasonably assure:
24
25      (A)  (✓)  the appearance of defendant as required; and/or
        (B)  (✓)  the safety of any person or the community.
26
27  //
    //
28

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- EXTENSIVE CRIMINAL HISTORY
- FAILURE TO COMPLY W/ COURT SUPERVISION
- POSSESSION OF MULTIPLE ACCESS DEVICES AND IDENTIFICATION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- ON PROBATION AND PAROLE AT TIME OF ALLEG. OFF
- OUTSTANDING FELONY WARRANT (S.B. COUNTY)
- MINIMAL BAIL RESOURCES
- ATTEMPTED FLIGHT UPON CONTACT W/ LAW ENF/ UNDERLYING ALLEGATIONS

IT IS ORDERED that defendant be detained.

DATED: 5/15/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE